UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

ZAMAN MOHAMMED ALSHAFEY,

    Defendant.

                              Criminal No. 22-CR-20601

                              Honorable Paul D. Borman

_____/

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment and Arrest Warrant in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, arrest warrants and summons, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because defendant has been arrested or appearing voluntarily and are entitled to receive a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Regina McCullough*
Regina McCullough
Assistant Unites States Attorney
211 W. Fort St, Suite 2001
Detroit, MI 48226
regina.mccullough@usdoj.gov
313-226-9618

Dated:  November 16, 2022

**IT IS SO ORDERED.**

**s/Anthony P. Patti**
Honorable Anthony P. Patti
United States Magistrate Judge

Entered: November 16, 2022